IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Case No. 08–cv-02341-RPM

KEYMARK ENTERPRISES, LLC,

    Plaintiff,

v.

VPT, Inc., d/b/a
EAGLE METAL PRODUCTS,

    Defendant.

**ORDER OF TRANSFER OF ASSIGNMENT**

    This matter is before the court on an order initially transferring a miscellaneous action stemming from a motion to quash a subpoena duces tecum, from the Northern District of Texas to the District of Colorado. Pursuant to District of Colorado case initiation procedures, the matter was opened as a civil action. The transfer order does, however, reveal that the plaintiff in the instant case has a pending motion for protective order before U.S. District Judge Robert E. Blackburn in civil action no. 08-cv-00662-REB-MEH that purportedly raises the same issues and arguments as the matter currently before Senior Judge Richard P. Matsch. I find that good cause has been shown for approval by my signature as Chief Judge to specially assign this case to Judge

Blackburn, under the authority conferred by the district court's local rules. *See* D.C.COLO.LCivR 40.1A. Accordingly, I hereby ORDER as follows:

1. Pursuant to D.C.COLO.LCivR 40.1A, and on a finding of good cause shown, the Clerk of the Court is directed to reassign by transfer civil action no. 08–CV-02341-RPM from Senior Judge Richard P. Matsch to Judge Robert E. Blackburn, on notice that the matter is purportedly related to civil action no. 08-CV-00662-REB-MEH.

2. U.S. Magistrate Judge Michael E. Hegarty shall be the assigned magistrate judge. The new case designation shall be 08–cv-02341-REB-MEH.

Dated this   29th   day of October, 2008.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL
                                          Chief United States District Judge