**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02341-REB-MEH

KEYMARK ENTERPRISES, LLC,

     Plaintiffs,

v.

VPT, INC.,d/b/a Eagle Metal Products,

     Defendant.

---

**ORDER**

---

**Blackburn, J.**

     This matter is before me *sua sponte*. The civil action was initiated on October 28, 2008, when the Clerk of the Court received an order [#1] transferring this case from the United States District Court for the Northern District of Texas, Dallas Division, to this court. This civil action concerns a motion to quash a subpoena that was issued in the underlying case, Keymark Enterprises, LLC v. V.P.T., Inc., d/b/a Eagle Metal Products, Case No. 08-cv-00662-REB-MEH.

     I have entered an order in the underlying case, Case No. 08-cv-00662-REB-MEH, which transfers that civil action from this court to the United States District Court for the Northern District of Texas, Dallas Division. *Case No. 08-cv-00662*, *Order Granting Motion To Transfer* [#146], entered October 30, 2008. Because the underlying case has been transferred to the United States District Court for the Northern District of Texas, Dallas Division, I find that this case should be transferred to that court under 28 U.S.C. § 1404(a).

**THEREFORE, IT IS ORDERED** that under 28 U.S.C. § 1404, this case is

**TRANSFERRED** to the United States District Court for the Northern District of Texas,

Dallas Division.

Dated October 31, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge